In the Matter of the Claim of VIOREL CINCU, Appellant. SUTTON HOUSE, INC., Respondent; COMMISSIONER OF LABOR, Respondent.

Submitted September 2, 2008; decided October 23, 2008

Motion for reargument of motion for leave to appeal denied [see 10 NY3d 714 (2008)].

In the Matter of DAVID CLINTON, an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Respondent.

Submitted September 29, 2008; decided October 23, 2008

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

JOHN R. CONSEDINE, Respondent, v PORTVILLE CENTRAL SCHOOL DISTRICT et al., Appellants.

Submitted October 20, 2008; decided October 23, 2008

Motion by New York State School Boards Association for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.